**FILED**
Mar 01, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   2:21-mj-0036 DB |
|---|---|
| Plaintiff, | |
| v. | SEALING ORDER |
| STEVEN DANIEL WOODS and AARON JONATHAN REX, | **UNDER SEAL** |
| Defendants. | |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, affidavit, arrest warrants, and this sealing order in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: March 1, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER