HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
STEVEN WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00100-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE: September 21, 2021 |
| STEVEN WOODS, | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROSS PEARSON and Assistant Federal Defender LINDA C. ALLISON attorney for STEVEN WOODS, that the status conference currently scheduled for September 21, 2021, be continued to December 7, 2021 at 9:30 a.m.

    The reason for the continuance is that the defense counsel needs additional time to review the new discovery recently received with her client, continue with an investigation in this case. Defense counsel and the government will continue to discuss plea negotiations. Also, defense counsel will be on holiday and will not be returning until after November 15, 2021.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 7, 2021; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

Stipulation and Order

based upon continuity of counsel and defense preparation.

DATED: September 17, 2021        Respectfully submitted,

       HEATHER WILLIAMS
       Federal Defender
       /s/Linda Allison
       LINDA ALLISON
       Assistant to the Federal Defender
       Attorneys for Defendant
       STEVEN WOODS

Dated: September 17, 2021        PHILLIP A. TALBERT
       Acting United States Attorney

       /s/ Linda C. Allison for
       ROSS PEARSON
       Assistant United States Attorney

### O R D E R

The status conference scheduled for September 21, 2021, is continued to December 7, 2021 at the request of the parties and for the reasons stated above.   The Court further finds that the need for counsel to investigate new information warrants an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).  The Court finds that the ends of justice to be served by a continuance outweigh the best interests of Mr. Woods and the public in a speedy trial.

IT IS SO ORDERED.

Dated: September 17, 2021        /s/ John A. Mendez
       THE HONORABLE JOHN A. MENDEZ
       UNITED STATES DISTRICT COURT JUDGE