PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN DANIEL WOODS,<br><br>        Defendant. | CASE NO. 2:21-CR-00100-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 11, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on January 11, 2022.

2.  By this stipulation, defendant now moves to continue the status conference until February 15, 2022 at 9:30 a.m., and to exclude time between January 11, 2022, and February 15, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes over one hundred pages of reports, photos, and search warrant documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME     1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for defendant desires additional time to review the discovery with her

2    client, research and investigate possible defenses, discuss any potential resolution with her client,

3    research mitigating evidence and present it to the prosecution, and otherwise prepare for trial.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of January 11, 2022 to February 15,

13   2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] because it results from a continuance granted by the Court at defendant's request on the basis

15   of the Court's finding that the ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

18   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19   must commence.

20   IT IS SO STIPULATED.

21

22

23   Dated:  January 4, 2022                          PHILLIP A. TALBERT
                                                      United States Attorney

24

25                                                   /s/ ROSS PEARSON
                                                     ROSS PEARSON

26                                                   Assistant United States Attorney

27

28

Dated:  January 4, 2022

/s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
STEVEN DANIEL WOODS
(Authorized by email on January 4, 2022)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE