**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
STEVEN DANIEL WOODS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-cr-00100-JAM |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. ) | |
| STEVEN DANIEL WOODS, ) | |
| Defendant. ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Ross Pearson, and defendant, Steven Daniel Woods, by and through his counsel, Jennifer Mouzis, hereby stipulate as follows:

1) By previous order, this matter was set for status on September 20, 2022.

2) By this stipulation, defendant now moves to continue the status conference until November 8, 2022, at 9:00 a.m., and to exclude time between September 20, 2022 and November 8, 2022, under Local Code T4.

3) The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes

over one hundred pages of reports, photos, and search warrant documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires time to review the discovery with her client, research and investigate possible defenses, discuss any potential resolution with her client, research mitigating evidence and present it to the prosecution, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 20, 2022, to November 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

IT IS SO STIPULATED.

Dated: September 16, 2022          PHILLIP A. TALBERT
                                   United States Attorney

                           By:     /s/ Ross Pearson
                                   ROSS PEARSON
                                   Assistant United States Attorney

Dated: September 16, 2022          /s/ Jennifer Mouzis
                                   JENNIFER MOUZIS
                                   Attorney for Defendant
                                   STEVEN DANIEL WOODS

## ORDER

IT IS SO ORDERED.

Dated:  September 16, 2022         /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE