1  **JENNIFER MOUZIS**
   **MOUZIS CRIMINAL DEFENSE**
2  State Bar No. 200280
   1819 K Street, Suite 200
3  Sacramento, California 95811
   Telephone: (916) 822-8702
4  Facsimile: (916) 822-8712

5
   Attorney for Defendant
6  STEVEN DANIEL WOODS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,    )    2:21-cr-00100-JAM
                                    )
12              Plaintiff,          )    **STIPULATION AND ORDER**
                                    )    **TO CONTINUE JUDGMENT**
13 v.                               )    **AND SENTENCING**
                                    )
14                                  )
   **STEVEN DANIEL WOODS,**         )
15                                  )
                Defendant.          )
16 _____  )

17
                            **STIPULATION**
18

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Ross Pearson, and defendant, Steven Daniel Woods, by and through his counsel,

21 Jennifer Mouzis agree and stipulate to vacate the date set for judgment and sentencing, January

22 9, 2024 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing

23 to May 21, 2024 at 9:00 a.m. in the courtroom of the Honorable John A. Mendez.  Federal

24 Probation Officer, Janice Slusarenko, also agrees to this change.

25     In addition, the parties stipulate to the following modification to the schedule of

26 disclosure relating to the pre-sentence report ("PSR"):

27     Proposed Pre-Sentence Report              April 9, 2024

28
                                  1

| | |
|---|---|
| Written objections to the PSR | April 23, 2024 |
| Final PSR | April 30, 2024 |
| Formal objections to PSR | May 7, 2024 |
| Reply, or Statement of Non-Opposition | May 14, 2024 |

The reason for the continuance is that defense needed time to find a mitigation specialist. In addition, defense and probation have not been able to meet with Mr. Woods for his interview with probation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 27, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                            By:   /s/ Ross Pearson
                                  ROSS PEARSON
                                  Assistant United States Attorney

Dated: December 27, 2023          /s/ Jennifer Mouzis
                                  JENNIFER MOUZIS
                                  Attorney for Defendant
                                  STEVEN DANIEL WOODS

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of January 9, 2024, at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on May 21, 2024, at 9:00 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | April 9, 2024 |
| Written objections to the PSR | April 23, 2024 |
| Final PSR | April 30, 2024 |
| Formal objections to PSR | May 7, 2024 |
| Reply, or Statement of Non-Opposition | May 14, 2024 |

IT IS SO ORDERED.

Dated:  December 27, 2023        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE