**JENNIFER MOUZIS**
**MOUZIS CRIMINAL DEFENSE**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
STEVEN DANIEL WOODS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DANIEL WOODS, <br><br> Defendant. | 2:21-cr-00100-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Ross Pearson, and defendant, Steven Daniel Woods, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, May 21, 2024 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to September 24, 2024 at 9:00 a.m. in the courtroom of the Honorable John A. Mendez. Federal Probation Officer, Janice Slusarenko, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

Proposed Pre-Sentence Report            August 13, 2024

1

Stipulation and Order to Continue Judgment and Sentencing

| | |
|---|---|
| Written objections to the PSR | August 27, 2024 |
| Final PSR | September 3, 2024 |
| Formal objections to PSR | September 10, 2024 |
| Reply, or Statement of Non-Opposition | September 17, 2024 |

Mr. Woods was interviewed by Probation on April 29, 2024 with counsel present. Counsel is currently assigned to trial in two matters (*People v. Singh*, Butte County Superior Court case number 21CM02348 and *People v. Cummings,* Stanislaus Superior Court case number CR-20-010085). These trials are expected to conclude late June or early July 2024. Once counsel is out of trial, she requires the requested time to gather and present mitigation evidence on behalf of Mr. Woods.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 13, 2024            PHILLIP A. TALBERT
                               United States Attorney

                       By:     /s/ Ross Pearson
                               ROSS PEARSON
                               Assistant United States Attorney

Dated: May 13, 2024            /s/ Jennifer Mouzis
                               JENNIFER MOUZIS
                               Attorney for Defendant
                               STEVEN DANIEL WOODS

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of May 21, 2024, at 9:00 a.m. is **VACATED** and the above-captioned matter is set for judgment and sentencing on **September 24, 2024, at 9:00 a.m.**

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | **August 13, 2024** |
| Written objections to the PSR | **August 27, 2024** |
| Final PSR | **September 3, 2024** |
| Formal objections to PSR | **September 10, 2024** |
| Reply, or Statement of Non-Opposition | **September 17, 2024** |

IT IS SO ORDERED.

Dated: May 15, 2024                              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE