```
MICHELE BECKWITH
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DANIEL WOODS,<br><br>Defendant. | CASE NO. 2:21-cr-00100-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>DATE: April 8, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

By previous order, this matter was set for sentencing on April 8, 2025. By this stipulation, the parties move to continue the sentencing until **April 22, 2025, at 09:00 a.m.** The continuance is needed for two reasons. First, as defense noted in the formal objections to the presentence report, defense needs additional time to prepare for sentencing and gather documents relevant to criminal history. *See* ECF No. 76. Second, counsel for the government has a medical procedure that was scheduled for the current sentencing date and that, unfortunately, cannot be moved. The parties therefore ask the Court to continue sentencing for two weeks to April 22, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 31, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: March 24, 2025 | /s/ TAMARA SOLOMON<br>TAMARA SOLOMON<br>Counsel for Defendant<br>STEVEN DANIEL WOODS<br>(Authorized by email on March 24, 2025) |

## ORDER

IT IS SO ORDERED.

Dated: March 31, 2025         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE