MICHELE BECKWITH
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00100-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| STEVEN DANIEL WOODS, | DATE: April 22, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 22, 2025.

2. By this stipulation, the parties now move to continue the sentencing hearing until **July 15, 2025, at 09:00 a.m.**

3. Counsel for the defendant was appointed to handle this case on April 11, 2025, less than two weeks before the scheduled sentencing date. Counsel needs additional time to review discovery, research the case, consult with the defendant, and prepare for sentencing. As such, a continuance to July 15, 2025, is needed to allow counsel needed time to prepare for sentencing.

IT IS SO STIPULATED.

STIPULATION AND ORDER  1

| | |
|---|---|
| Dated: April 17, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: April 17, 2025 | /s/ MICHAEL HEUMANN<br>MICHAEL HEUMANN<br>Counsel for Defendant<br>STEVEN DANIEL WOODS<br>(Authorized by email on April 17, 2025) |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| Dated: April 17, 2025 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |