LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
STEVEN WOODS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN DANIEL WOODS,<br>　　　　　　　Defendant. | Case No.: 2:21-cr-00100-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>DATE: July 14, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.　By previous order, this matter was set for sentencing on July 14, 2025.

2.　By this stipulation, defendant now moves to continue the sentencing date to August 19, 2025

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　Counsel for defendant desires additional time to consult with their clients, to collect mitigation to present at sentencing, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to otherwise prepare for the hearing.

　　b)　Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　c)　The government does not object to the continuance.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | | |
|---|---|---|
| Dated: July 8, 2025 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: July 8, 2025 | | /s/ MICHAEL HEUMANN<br>MICHAEL HEUMANN<br>Counsel for Defendant<br>STEVEN WOODS |

## ORDER

The July 15, 2025 Judgment and Sentencing is **VACATED** and **RESET** for **August 19, 2025**, **at 09:00 a.m**., before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: July 10, 2025          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE