LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
STEVEN WOODS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>STEVEN WOODS<br><br>                Defendants. | Case No.: 2:21-cr-00100-JAM<br><br>**MOTION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>DATE: November 4, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for sentencing on November 4, 2025.

2. The defense moves to continue the sentencing date to December 9, 2025

3. This motion is based on the following:

    a) When defense counsel was initially appointed to represent Mr. Woods, he explained that prior counsel, Ms. Mouzis, had hired a sentencing mitigation specialist, Ms. Grier, who he understood had prepared a report on mitigating factors to assist counsel during sentencing. At Mr. Woods' request, counsel attempted to contact Ms. Grier but was unable to reach her and ultimately the matter was set for sentencing.

    b) At the last hearing, Mr. Woods' mother wrote to the court expressing concern that, among other things, Ms. Grier's report had not been obtained, and following a discussion with the court Mr. Woods requested to continue the matter so that counsel could attempt to reach Ms. Grier and obtain the report once again.

    c) Defense counsel has now been able to make contact with Ms. Grier, but learned

that the report has not yet been prepared. Ms. Grier explained that she spent 10-15 hours working with Mr. Woods and gathering information at the request of Ms. Mouzis and was prepared to write the report to assist counsel, but then the case transferred from Ms. Mouzis to Ms. Soloman and she was no longer retained. Ms. Grier explained that she had the information ready and would be able to write the report to assist current counsel if desired.

      d)      Defense counsel expects that the requested continuance will be sufficient to receive the report from Ms. Grier and prepare any supplementary memoranda necessary for sentencing..

      e)      Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The next date available for both counsel and the court is December 9, 2025.

      g)      The government was informed of the defense request for a continuance and does not take a position on this motion.

Dated:  October 29, 2025

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
STEVEN WOODS

## ORDER

Defendant's motion to continue is **GRANTED**. The Judgment and Sentencing set for November 04, 2025, is **CONTINUED** to **December 09, 2025**, **at 09:00 a.m.**, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: October 29, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE