LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
STEVEN WOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>STEVEN DANIEL WOODS,<br><br>          Defendant. | Case No.: 2:21-cr-00100-JAM<br><br><br>**ORDER TO REMOVE FROM DOCKET ECF 94** |

Based upon the representation contained in Defendant's Request to Remove, the Clerk of Court is **DIRECTED** to **REMOVE** ECF No. 94 from the docket.

IT IS SO ORDERED.


Dated: January 23, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1